AO 91 (REV.5/85) Criminal Complaint　　　　　　　　　　　　　　BARRY A. MILLER, AUSA , (312)886-1325

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

ARTURO ORTIZ MENDEZ

(Name and Address of Defendant)

**FILED**
MAY 2 1 2001
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**CRIMINAL COMPLAINT**
MAGISTRATE JUDGE ROSEMOND

CASE NUMBER:

**01CR481**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 19 through May 20, 2001__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense) did knowingly possess with intent to transfer unlawfully five or more identification documents or false identification documents, which appeared to be issued under the authority of the United States;

in violation of Title __18__ United States Code, Section(s) __1028(a)(3) and (b)(1)(B)__

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
                                    Official Title
facts:

SEE ATTACHED AFFIDAVIT

DOCKETED
MAY 2 2 2001

Continued on the attached sheet and made a part hereof:  X  Yes  ___ No

_Signature of Complainant_

Sworn to before me and subscribed in my presence,

__May 21, 2001__ at __Chicago, Illinois__
Date                                               City and State

W. THOMAS ROSEMOND, JR., U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

_W. Thomas Rosemond_
Signature of Judicial Officer

STATE OF ILLINOIS     )
                      ) SS
COUNTY OF COOK        )

## AFFIDAVIT

I, Special Agent Hung V. Nguyen, being duly sworn on oath, state as follows:

1. Affiant is a Special Agent with the United States Immigration and Naturalization Service ("INS"). I have been a Special Agent for two and one half years, and have been employed by INS for five years. I am currently assigned to the Chicago District Office, Fraud Unit, designated to investigate cases relating to violations of the criminal statutes of the Immigration and Nationality Laws of the United States. I have received training and have experience in enforcing federal laws pertaining to the possession, production and sale of counterfeit documents. This affidavit is based on my own personal knowledge and information provided to me by other Special Agents of the INS.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of the attached complaint. It contains only a summary of some of the facts and is not intended to be a detailed account of everything known about the individuals and events described herein.

3. On May 19, 2001, a confidential informant (CI) told INS that he had purchased a large quantity of counterfeit identification documents from a subject known as "Morro." The CI gave INS a phone number for Morro.

4. The CI agreed to call Morro to place an order for the purchase of of 100 sets of identification documents from Morro on the evening of the 19th.

5. After a series of phone calls, the CI agreed to meet Morro at a parking lot of the Blockbuster video store located at the intersection of Milwaukee and Wolfram in Chicago,

around midnight. During the phone calls, the CI asked if Morro could provide additional documents. Morro said he would check and call back. Eventually, Morro said he could provide 100 additional sets of what the CI understood to be blank documents. Each set would contain both a Social Security card and an I-551 card.

6. At about 12:30 a.m., the CI, accompanied by me and by other INS agents arrived at the Blockbuster video parking lot. As we approached the parking lot, the CI recognized Morro's vehicle and called him on a cell phone. Both cars pulled into the parking lot.

7. A man who the CI identified as Morro was driving the other car, which was a green Hyundai. Morro exited the car and retrieved a bag from the back seat. He approached our vehicle and opened the rear door. At that point Morro was detained.

8. After Morro was secured, agents asked him his name. He identified himself as Arturo Ortiz Mendez. INS agents asked him if he was legally present in the United States, and he said he was not. At that time INS agents asked for consent to search his vehicle, and he granted consent.

9. During the search of the vehicle, INS agents located three completed counterfeit Social Security and two completed counterfeit I-551 cards ("green cards").

10. Another male was riding as a passenger in the car driven by Mendez. The male was subsequently determined to be a juvenile and, at this time, has not been charged criminally by the United States in this matter.

11. INS agents seized the bag that Mendez brought to the CI's car. The bag contained approximately 100 sets of counterfeit blank documents, that is, approximately 100 blank I-551 cards and 100 blank Social Security cards. The bag also contained approximately two dozen sheets of plastic laminate with "I-551" printing across the plastic.

12.	Mendez was taken to the INS office and read his *Miranda* rights. He executed a waiver.

13.	When questioned, Mendez admitted, among other things, that he regularly sold counterfeit documents, including I-551 cards and Social Security cards. Mendez said he sells an average of 20 sets of documents per day on the weekday, and 35 sets per day on the weekend. Mendez said that he charged $60 per set.

14.	Mendez said that he had been previously been convicted for selling counterfeit documents.

15.	Based on the above information, there is probable cause to believe that Arturo Ortiz Mendez violated federal criminal law, specifically, that he knowingly possessed with intent to transfer unlawfully five or more identification documents or false identification documents, in violation of Title 18, United States Code, 1028(a)(3) and 1028(b)(1)(B).

FURTHER AFFIANT SAYETH NOT.

Hung V. Nguyen
Special Agent, Immigration and Naturalization Service

SUBSCRIBED AND SWORN to before me
this 21st day of May, 2001:

W. Thomas Rosemond, Jr.
United States Magistrate Judge

-3-