# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA   **DOCKETED**   ) No. 01 CR 481   **JUDGE BUCKLO**
)
v.   JUL 2 3 2001   ) Violations: Title 18, United States
) Code, Sections 1028(a)(2), (a)(3),
ARTURO ORTIZ MENDEZ,             ) and (f)
also known as "Morro"               )

**FILED**

COUNT ONE            JUL 19 2001

The SPECIAL MAY 2001 GRAND JURY charges:     MAGISTRATE JUDGE IAN H. LEVIN
                                         UNITED STATES DISTRICT COURT

1.     At all times material to this indictment:       MAGISTRATE JUDGE ROSEMOND

      (a)     The United States Social Security Administration was a federal agency that issued Social Security cards to eligible individuals.

      (b)     The United States Immigration and Naturalization Service ("INS") was a federal agency that issued INS Form I-551 documents, commonly known as Alien Registration cards and "green cards" to eligible individuals.

      (c)     Social Security cards and Alien Registration cards were "identification documents," within the meaning of Title 18, United States Code, Section 1028(d)(1).

2.     On or about May 20, 2001, at Chicago, in the Northern District of Illinois, Eastern Division,

### ARTURO ORTIZ MENDEZ

defendant herein, knowingly attempted to transfer unlawfully false identification documents, namely approximately 100 blank and counterfeit Social Security cards, and



100 blank and counterfeit I-551 cards, which appeared to be issued by and under the authority of the

United States;

In violation of Title 18, United States Code, Section 1028(a)(2) and (f).

## COUNT TWO

The SPECIAL MAY 2001 GRAND JURY further charges:

1.      Paragraph one of Count One is realleged and incorporated by reference.

2.      On or about May 20, 2001, at Chicago, in the Northern District of Illinois, Eastern Division,

### ARTURO ORTIZ MENDEZ

defendant herein, knowingly possessed with the intent to transfer unlawfully five or more identification documents, namely approximately 100 blank and counterfeit Social Security cards, and 100 blank and counterfeit I-551 cards, which appeared to be issued by and under the authority of the United States;

In violation of Title 18, United States Code, Section 1028(a)(3).

A TRUE BILL:

_William J. Bond_
FOREPERSON

_Kitt F. a Juron_
UNITED STATES ATTORNEY

No. 01 CR 481

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.

ARTURO ORTIZ MENDEZ, also known
as "Morro"

# INDICTMENT

In Violation of: Title 18, United States Code,
Section 1028(a)(2), (a)(3), and (f)

A true bill,

_____
Foreman

Filed in open court this _____ JUL 19 2001 _____ day

of _____, A.D. 19___

MICHAEL W. DOBBINS
_____
Clerk

Bail, $ _____