UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) No. 00 CR-481-1 | |
| ) | |
| ARTURO ORTIZ-MENDEZ ) | |

FILED
DEC 2 1 2001
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING

TO: Barry A. Miller                Aimee B. Callanan
    Assistant U.S. Attorney        U.S. Probation Officer
    219 South Dearborn             55 East Monroe
    Chicago, Illinois 60604        Suite #1500
                                   Chicago, Illinois 60603

The Honorable Judge Elaine E. Bucklo
United States District Court Judge
219 South Dearborn
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on December 21, 2001, the defendant filed his position paper as to sentencing factors.

Respectfully Submitted,

MICHAEL J. MONACO
Attorney for Arturo Ortiz-Mendez

### CERTIFICATE OF SERVICE

I, JAMES COLLINS, JR., state that I have served a copy of the Motion to the above named parties on the 21st day of December, 2001.

JAMES COLLINS, JR.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) No. 00 CR-481-1 | |
| | ) | |
| ARTURO ORTIZ-MENDEZ | ) | |

FILED
DEC 21 2001
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED
DEC 26 2001

## DEFENDANT'S POSITION PAPER AS TO SENTENCING FACTORS

NOW COMES the defendant, ARTURO ORTIZ-MENDEZ, by and through his attorney, MICHAEL J. MONACO, and states the following in response to the Pre-sentence Investigation Report prepared by U.S. Probation Officer Aimee B. Callanan..

1. That attorney David Navarro received the pre-sentence with the defendant on December 13, 2001 at the Ogle County Jail. Mr. Navarro translated the report from English to Spanish.

2. That after a thorough examination of the report and the applicable federal sentencing guidelines and case law that applies thereto, counsel for the defendant has no good faith basis to file an objection to the sentencing options stated.

3. That Counsel and defendant wish to make no additions, deletions or corrections to the Pre-sentence Investigation Report.

Respectfully Submitted,

MICHAEL J. MONACO
Attorney for Arturo Ortiz-Mendez

MICHAEL J. MONACO
Attorney for Defendant
53 West Jackson Boulevard
Suite #1710
Chicago, Illinois 60604
(312) 663-3233

17